IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, )<br>        Plaintiff, )<br>)<br>      v. )<br>)<br>DEVLINE, DIRECTOR, et al., )<br>        Defendants. ) | Civil Action No. 04-558 |

O R D E R

AND NOW, this 7th day of November, 2005, upon consideration of Defendants' Responses to Plaintiff's Discovery Requests Pursuant to Court Order Dated October 17, 2005 and Motion For Protective Order Pursuant to Rule 26(c),

IT IS HEREBY ORDERED that:

1. Defendants will not produce to Plaintiff any portions of the contract between Renewal, Inc. and the Pennsylvania Board of Probation and Parole or the Department of Corrections;

2. Defendants will not produce to Plaintiff a list of all residents who were housed at Renewal, Inc. from February 17, 2004 until June 1, 2004;

3. Defendants will not produce to Plaintiff any additional sections of Renewal, Inc.'s Resident Handbook; and

4. Defendants will not produce to Plaintiff Dr. Duca's report regarding Kim Smith's left knee condition.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge